√ #117   # 129114

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED 2010 DEC -3 PM 2:56
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re:  STEINMETZ, JERON      Case No. 09-36838
        STEINMETZ, RENE

Judge   RICHARD L SPEER

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Promedica Physician Group | PO Box 2804<br>Toledo, OH 43606-0804 | $3.31 |

Check #117 for $3.31 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  11/30/10

cc: Office of the U.S. Trustee